**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WILLIAM J. HUFF, II, as Trustee of the | ) | |
| William J. Huff, II, Revocable Trust | ) | |
| Declaration, Dated June 28, 2011, and | ) | |
| NICOLE E. HUFF, as Trustee of the | ) | |
| William J. Huff, II, Revocable Trust | ) | |
| Declaration, Dated June 28, 2011, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00812-JPH-TAB |
| | ) | |
| MONROE COUNTY, MONROE | ) | |
| COUNTY PLAN COMMISSION, and | ) | |
| MONROE COUNTY PLANNING | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| *Defendants*. | ) | |

## <u>APPEARANCE</u>

To:     The clerk of court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for: **Monroe County, Monroe County Plan Commission, and Monroe County**

**Planning Department**.


Date:   5/25/2022                          /s/ Lee F. Baker
                                            Lee F. Baker            19257-53

                                            Monroe County Legal Department
                                            100 W. Kirkwood Avenue
                                            Room 220
                                            Bloomington, Indiana 47404
                                            Email: lfbaker@co.monroe.in.us
                                            Telephone: (812) 349-2525

                                            Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on May 25, 2022. Notice of this filing will be served via an automatic e-mail message generated by the CM/ECF system to all electronically-registered counsel.

/s/ Lee F. Baker
Lee F. Baker

Monroe County Legal Department
100 W. Kirkwood Avenue
Room 220
Bloomington, Indiana 47404
Email: lfbaker@co.monroe.in.us
Telephone: (812) 349-2525

Attorney for Defendants