UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM J. HUFF, II, as Trustee of the William J. Huff, II, Revocable Trust Declaration, Dated June 28, 2011, and NICOLE E. HUFF, as Trustee of the Nicole E. Huff Revocable Trust Declaration, Dated June 28, 2011, <br><br>Plaintiffs, <br><br>v. <br><br>MONROE COUNTY, THE MONROE COUNTY PLAN COMMISSION, and THE MONROE COUNTY PLANNING DEPARTMENT, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-00812-JPH-TAB |

**ORDER**

Defendants Monroe County, the Monroe County Plan Commission, and the Monroe County Planning Department, by counsel, having filed a Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint, and the Court having considered said motion now grants the motion (Dkt. 23).

IT IS THEREFORE ORDERED that Defendants be granted an extension of time such that Defendants' response to Plaintiffs' Amended Complaint [ECF 11] is now due on July 14, 2022;

Date: 6/29/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.