# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: ALL PARTIES

Pending Case No(s).[1]

) 1:22-cv-00812-JPH-TAB
)
) William J. Huff, II and Nicole J. Huff
) v.
) Monroe County, the Monroe County Plan Commission,
) and The Monroe County Planning Department
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** |  |  |
| **Law Firm, Company, and/or Agency:** | United States District Court, Northern District of Indiana, South Bend Division | Barnes & Thornburg LLP |
| **Address:** | 204 S. Main Street<br>South Bend, Indiana 46601 | 201 S. Main Street, Suite 400<br>South Bend, Indiana 46601 |
| **Primary E-mail:** | sarah_brown@innd.uscourts.gov | sarah.brown@btlaw.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 574-246-8080 | 574-237-1151 |
| **Facsimile:** |  | 574-237-1125 |

Date: 6/30/22

s/ Sarah E. Brown

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.