IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM J. HUFF, II, as Trustee of the William J. Huff, II, Revocable Trust Declaration, Dated June 28, 2011, and NICOLE E. HUFF, as Trustee of the Nicole E. Huff Revocable Trust Declaration, Dated June 28, 2011,<br><br>*Plaintiffs*,<br><br>v.<br><br>MONROE COUNTY, THE MONROE COUNTY PLAN COMMISSION, and THE MONROE COUNTY PLANNING DEPARTMENT,<br><br>*Defendants*. | Civil Action No. 1:22-cv-00812-JPH-TAB |

> Motion denied. The Court previously denied the parties' proposed CMP and stayed all case deadlines [Filing No. 33], so the motion is denied in that respect. Moreover, the motion is otherwise denied because the Court intends to proceed with the January 23 settlement conference as scheduled.
>
> Tim A. Baker
> U.S. Magistrate Judge
> January 18, 2023

## JOINT MOTION TO STAY DEADLINES

Plaintiffs William J. Huff, II, as Trustee of the William J. Huff, II, Revocable Trust Declaration, Dated June 28, 2011, and Nicole E. Huff, as Trustee of the Nicole E. Huff Revocable Trust Declaration, Dated June 28, 2011 (collectively, "the Huffs") and Defendants Monroe County, The Monroe County Plan Commission, and The Monroe County Planning Department (collectively, the "County"), by their respective counsel, jointly and respectfully move this Court to stay the upcoming deadlines in this case pending resolution of the County's Motion to Dismiss the Amended Complaint. In support of this joint Motion, the parties state as follows:

1. On September 9, 2022, the Huffs filed their Second Amended Complaint. (D.E. # 45.)

1