IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM J. HUFF, II, as Trustee of the William J. Huff, II, Revocable Trust Declaration, Dated June 28, 2011, and NICOLE E. HUFF, as Trustee of the Nicole E. Huff Revocable Trust Declaration, Dated June 28, 2011,<br><br>*Plaintiffs*,<br><br>v.<br><br>MONROE COUNTY, THE MONROE COUNTY PLAN COMMISSION, and THE MONROE COUNTY PLANNING DEPARTMENT,<br><br>*Defendants*. | Civil Action No. 1:22-cv-00812-JPH-TAB |

## **Notice of Appeal**

Notice is given that Plaintiffs hereby appeal to the United States Court of Appeals for the Seventh Circuit the Order Granting in Part Defendants' Motion to Dismiss (Dkt. 076), entered on September 27, 2023, upon the District Court's Entry of Final Judgment Under Federal Rule of Civil Procedure 58 (Dkt. 078), entered on October 24, 2023.

Dated: November 21, 2023

Respectfully submitted,

*/s/ Chou-il Lee*
Blake J. Burgan, # 18350-49
Chou-il Lee, #21183-53
Nadine E. McSpadden, #25420-49
Jeffrey W. Parker, Jr., #35742-49

2

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Phone: 317.713.3500
Fax: 317.713.3699
bburgan@taftlaw.com
clee@taftlaw.com
nmcspadden@taftlaw.com
jparker@taftlaw.com