# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

November 21, 2023

**To:**   Roger A. G. Sharpe
          District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-3241
>
> Caption:
> WILLIAM J. HUFF, II, as Trustee of the William J. Huff, II, Revocable Trust Declaration, Dated June 28, 2011 and NICOLE E. HUFF, as Trustee of the Nicole E. Huff Revocable Trust Declaration, Dated June 28, 2011,
>          Plaintiffs - Appellants
>
> v.
>
> MONROE COUNTY INDIANA, MONROE COUNTY PLAN COMMISSION and MONROE COUNTY PLANNING DEPARTMENT,
>          Defendants - Appellees
>
> District Court No: 1:22-cv-00812-JPH-TAB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge James P. Hanlon
>
> Date NOA filed in District Court: 11/21/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)